## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
## OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

www.ca4.uscourts.gov

Patricia S. Connor                                                                                         Telephone
Clerk                                                                                                           804-916-2700

May 27, 2016

_____

PARTIAL RECORD REQUEST
_____

No. 16-966,     In re: Masoud Khan
                1:03-cr-00296-LMB-2

TO:   Fernando Galindo
      UNITED STATES DISTRICT COURT
      Eastern District of Virginia
      Albert V. Bryan United States Courthouse
      401 Courthouse Square
      Alexandria, VA 22314


PARTIAL RECORD DUE:  May 31, 2016

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

**Transcript of sentencing hearing**

If there is any problem with transmission of the partial record, please notify me.

Jeffrey S. Neal, Deputy Clerk
804-916-2729