IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MASOUD AHMAD KHAN, ) <br> ) <br> Movant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | No. 1:16-cv-672 (LMB) <br> Crim. No. 1:03-cr-296-2 (LMB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, movant Masoud Ahmad Khan's Motion to Vacate Under 28 U.S.C. § 2255 [Dkt. No. 849] is GRANTED, and it is hereby

ORDERED that Khan's convictions on Counts 11, 24, 25, and 27 of the Superseding Indictment [Dkt. No. 167] be and are VACATED.

Because Khan was sentenced to concurrent sentences of 120 months imprisonment on Counts 2, 4, and 5, which are the three remaining counts of conviction, and has already served more than 120 months in the custody of the Bureau of Prisons, it is further

ORDERED that Khan be released from custody promptly to begin serving the 3 year term of supervised release which was imposed concurrently on Counts 2, 4, and 5; and it is further

ORDERED that the Clerk refund any special assessment payments that Khan has made with respect to his convictions on Counts 11, 24, 25, and 27.

The Clerk is directed to forward copies of this Order to counsel of record and to the United States Probation Office, which is directed to notify the Bureau of Prisons.

Entered this 1st day of August, 2018.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

/s/

Leonie M. Brinkema
United States District Judge