IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 1:03-cr-296-2 |
| | ) | |
| MASOUD AHMAD KHAN, | ) | CIVIL NO. 1:16-cv-672 |
| | ) | |
| Defendant-Petitioner. | ) | |

Notice of Appeal

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Fourth Circuit from the order of the District Court granting the Defendant relief under 28 U.S.C. § 2255, vacating convictions, and ordering his release, issued on August 1, 2018 (ECF No. 923).

        Respectfully submitted,

        G. Zachary Terwilliger
        United States Attorney

        _____/s_____
        Gordon D. Kromberg
        Assistant United States Attorney
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Office:  (703) 299-3700
        Fax:     (703) 299-3980
        Email:  gordon.kromberg@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on August 1, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record:

By:           /s/

Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office: (703) 299-3700
Fax: (703) 299-3980
Email: gordon.kromberg@usdoj.gov