FILED: September 18, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6871 (L)
(1:03-cr-00296-LMB-6)
(1:16-cv-00512-LMB)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

SEIFULLAH CHAPMAN

      Defendant - Appellee

_____

No. 18-6970
(1:03-cr-00296-LMB-2)
(1:16-cv-00672-LMB)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

MASOUD AHMAD KHAN

      Defendant – Appellee

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss these cases pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

                                             For the Court--By Direction

                                             <u>/s/ Patricia S. Connor, Clerk</u>