FILED: September 18, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6871 (L)
(1:03-cr-00296-LMB-6)
(1:16-cv-00512-LMB)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

SEIFULLAH CHAPMAN

    Defendant - Appellee

_____

No. 18-6970
(1:03-cr-00296-LMB-2)
(1:16-cv-00672-LMB)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

MASOUD AHMAD KHAN

Defendant - Appellee

_____

RULE 42(b) MANDATE

_____

This court's order dismissing these appeals pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*