Date: May 22, 2020

Rec'd May 26, 2020

To: The Honorable Judge Leonie Brinkema

Re: Case No. (1:03-cr-00296-LMB-6)

First and foremost I would like to express my deep appreciation to you for all your past consideration. At present I have been making an attempt to secure some legal assistance in filing a motion for an early probation release and have not been successful.

I was hoping this letter could be considered a motion for request for an early probation release. I thank you for your consideration and respect any decision you come to.

Respectfully yours

Masoud Khan.

