IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| MASOUD AHMAD KHAN, ) | 1:03-cr-296 (LMB) |
| ) | |
| Defendant. ) | |

## ORDER

Acting pro se, defendant Masoud Ahmad Khan ("Khan" or "defendant"), has moved for early termination of the term of supervised release imposed on July 29, 2005. On August 1, 2018, defendant's original life sentence was reduced to time served as a result of significant changes to several of the statutes under which he was convicted [Dkt. No. 923]. Defendant was released from custody and on August 10, 2018 started serving a three-year term of supervised release, which is scheduled to expire on July 31, 2021.

The Court has conferred with the United States Probation Office as to how Mr. Khan has complied with supervision and has been advised that "there have been no incidents of non-compliance." In fact, the defendant has worked consistently, maintained a stable residence with his family, and has now completed nearly two-thirds of the supervision term. Neither the Probation Office nor the United States Attorney's Office has filed any objection to defendant's request, and the Court finds that defendant's request for early termination of supervision is fully warranted by his good conduct and the interests of fairness and justice.

For these reasons, and pursuant to 18 U.S.C. § 3583(e)(1), defendant's letter, which has been docketed as a motion for early termination of probation [sic] [Dkt. No. 949] is GRANTED, and it is hereby

ORDERED that the term of supervised release be and is terminated and the defendant, Masoud Ahmad Khan, be and is released from any further supervision.

The Clerk is directed to forward copies of this Order to the defendant pro se, counsel of record, and Supervisory United States Probation Officer Bethany Erding.

Entered this 24th day of June, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge